UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2021
```

CRISTIAN SANCHEZ, on behalf of himself and all others similarly situated,

       Plaintiff,

-against-

THE KONG COMPANY, LLC,

       Defendant.

1:21-cv-04131-MKV

ORDER OF DISMISSAL

**MARY KAY VYSKOCIL, United States District Judge:**

  Plaintiff has filed a notice informing the Court that the parties have reached a settlement in principle [ECF No. 6]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in an agreement and as long as if the application to restore the action is made by **July 9, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:  June 10, 2021**
   **New York, NY**

            *[signature]*
            **MARY KAY VYSKOCIL**
            **United States District Judge**